### *George* ads. *Benninger.*

THE court in this case determined, that if a notice of argument is given for any day in term, sub- sequent to the first, the party who would object to it on that account, must appear and state such objection at the time when the motion is brought on; and if he does not, he will be deemed to have waived such ob- jection.

### *Drake* v. *Miller.*

A JUSTICE of the peace was brought up on at- tachment for a contempt in not having made return to a *certiorari* directed to him, and made returnable " *before us.*"

*Per Curiam.* The act passed the 24th *January,* 1797, entitled, " An act concerning the Supreme " court," enacts, " that all writs and process to be " issued from and after the expiration of *October* term " in the present year, and returnable in the supreme " court, shall be made returnable before *our Justices* " *of our supreme court of judicature.*" &c. and pro- cess made returnable in any other form must be con- sidered as returnable out of court and void.

Let the attachment be discharged with costs.